NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**SAP AMERICA, INC.,**
*Plaintiff-Appellee*

**v.**

**INVESTPIC, LLC,**
*Defendant-Appellant*

―――――――――

2017-2081

―――――――――

Appeal from the United States District Court for the Northern District of Texas, Dallas Division No. 3:16-CV-02689-K, Judge Ed Kinkeade.

―――――――――

## ON PETITION FOR PANEL REHEARING

―――――――――

Before LOURIE, O'MALLEY, and TARANTO, *Circuit Judges.*

PER CURIAM.

## O R D E R

Defendant-Appellant InvestPic, LLC, filed a petition for rehearing on June 14, 2018.

Upon consideration thereof,

IT IS ORDERED THAT:

1) InvestPic's petition is granted in part and denied in part by the panel.

2) The previous precedential opinion in this appeal, issued May 15, 2018, is withdrawn and replaced with the modified precedential opinion accompanying this order.

FOR THE COURT

August 2, 2018          /s/ Peter R. Marksteiner
    Date                 Peter R. Marksteiner
                         Clerk of Court